**No. 49245.**—Protests 89085–K, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.